

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

ATTORNEYS AT LAW

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

February 15, 2013

**BY ECF**
Hon. Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Moy v. Eltman, Eltman & Cooper, P.C.*
               *12 CV 02382 (KAM)(MDG)*

Dear Magistrate Go:

      We represent Defendant Eltman, Eltman & Cooper, P.C. in the above-referenced matter. We write respectfully advise the Court that the parties are still continuing discussions on the remaining open items, including the terms and provisions of the settlement agreement. We expect to continue discussions among counsel next week and respectfully request the Court to provide the parties with additional time to work on these issues.

      For these reasons, we respectfully request that the Court adjourn the telephone conference scheduled on February 19, 2013 at 4:30 P.M. I note that I will be out of the country from Feb. 22, 2013 through March 8, 2013. Therefore, I respectfully request that the Court schedule the next conference upon my return.

      We thank the Court for its consideration in this regard.

                            Respectfully submitted,

                            HINSHAW & CULBERTSON LLP
                            *Attorneys for Defendant Eltman, Eltman &*
                              *Cooper, P.C.*

                      By:    *s/ Concepcion A. Montoya*
                              Concepcion A. Montoya [CM-7147]

cc:    Daniel A. Schlanger, Esq. (Via ECF)
        Christopher McGinn, Esq. (Via ECF)